536 F.2d 388
 94 L.R.R.M. (BNA) 2781
 International Union of Electrical, Radio and Machine
Workers, AFL-CIO-CLC
v.
Markle Manufacturing Co.*#
 No. 76-1030
 United States Court of Appeals, Fifth Circuit
 7/14/76
 
 1
 W.D.Tex.
 
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.